UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mortgage Services III, LLC<br>　　Plaintiff | )<br>)<br>) | |
| 　　　　v. | )<br>) | 13-1329 |
| Customers Bank<br>　　Defendant | )<br>)<br>) | |

ORDER

In preparation for the Rule 16 conference, the Court has reviewed the jurisdictional allegations of the complaint and found them wanting. Specifically, Plaintiff is an LLC. Its citizenship is alleged as follows: "MSI is an Illinois limited liability company, which has its principle place of business located in Bloomington, McLean County, Illinois." (Complaint ¶1).

For 15 years, the law in this Circuit has been clear: the citizenship of a limited liability company is that of its members. *Consgrove v Bartolotta*, 150 F3d 729 (7th Cir 1998). Moreover, its members may include partnerships, corporations, and other entities that have multiple citizenships. *See Carden v Arkoma Associates*, 494 US 185 (1990). A federal court thus needs to know the identity of each member as well as each member's citizenship, and if necessary each member's members' citizenship. *Hicklin Eng'g, L.C. v Bartell*, 439 F3d 346, 348 (7th Cir 2006).

Plaintiff shall file within 14 days an amended complaint properly alleging the jurisdiction of this Court. Until such time as this Court is satisfied that it has jurisdiction over the subject matter of this complaint, no further action will be taken. The Rule 16 conference on 10/30/13 is accordingly CANCELLED.

Entered: October 29, 2013

s/ John A. Gorman

John A. Gorman
U.S. Magistrate Judge